### SAVINO v. METROPOLITAN ST. RY. CO.

#### ESPOZITO v. SAME.

(Supreme Court, Appellate Term. October 25, 1899.)

APPEALABLE ORDER.

An order of the municipal court of New York City refusing to open a default is not appealable.

Appeals from municipal court, borough of Manhattan, Seventh district.

Actions by Louis Savino and Antonio Espozito, respectively, against the Metropolitan Street-Railway Company. From an order in each action denying motions to open default and to vacate judgment therein in favor of plaintiff, defendant appeals. Dismissed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Henry A. Robinson, for appellant.
Joseph J. Green, for respondents.

MacLEAN, J.   The appeals should be dismissed upon the authority of Beebe v. Show-Case Co., 41 App. Div. 456, 58 N. Y. Supp. 769; Schwartz v. Schendel, 23 Misc. Rep. 476, 51 N. Y. Supp. 415.

Appeals dismissed, with $10 costs in each case.

FREEDMAN, P. J., concurs.   LEVENTRITT, J., takes no part.